# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0827

VERSUS

MITCHELL W. RIDER

**DECEMBER 16, 2024**

---

In Re: Mitchell W. Rider, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-17-0860.

---

**BEFORE: GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED IN PART AND DENIED IN PART.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10) and (11), by failing to include all the pertinent criminal court minutes and a signed return date order reflecting the return date set by the district court. Counsel also failed to comply with Rule 2-12.2(C)(2), as several documents attached to the writ are not 14 point or larger computer font. Moreover, although it is not a rule violation, we note that counsel failed to include a copy of the transcript of the guilty plea proceedings held on June 10, 2019, and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. Insofar as counsel contends the district court abused its discretion by not allowing relator to withdraw his guilty plea, the writ application is denied. "Upon motion of the defendant and after a contradictory hearing, which may be waived by the State in writing, the trial court may permit a plea of guilty to be withdrawn at any time before sentence." La. Code Crim. P. art. 559(A). There is no record of and the documents included with the writ do not show that relator filed a motion or orally requested to withdraw the guilty plea in this case before or after sentencing.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT